TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
KIMBERLY E. WIGGANS, KS BN 21876
Kimberly.Wiggans@usdoj.gov
Trial Attorney
   United States Department of Justice
   450 5th Street, NW
   Washington, DC 20001
   Telephone: (202) 532-4667
   Facsimile: (202) 616-8962

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAJENDER KUMAR, | ) | No. C 10-3819 EMC |
|        Plaintiff, | ) ) ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| v. | ) ) | |
| ERIC HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary, Department of Homeland Security, ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; MARILYN P. WILES, Director, USCIS Nebraska Service Center; DAVID ROARK, Director, USCIS Texas Service Center, | ) ) ) ) ) ) ) ) ) ) | |
|        Defendants. | ) ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a), Defendants having approved Plaintiff's application for adjustment of status.  Each party shall bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

///

Stipulation to Dismiss
C10-3819 EMC

1
2  Date: November 1, 2010				Respectfully submitted,
3									TONY WEST
									Assistant Attorney General
4									DAVID J. KLINE
									Director, District Court Section
5									Office of Immigration Litigation
									VICTOR M. LAWRENCE
6									Principal Assistant Director

7										/S/
									KIMBERLY E. WIGGANS[1]
8									Trial Attorney
									Attorneys for Defendant
9
10
										/S/
11  Date: November 1, 2010				AJAI MATHEW
									Attorney for Plaintiff
12
13						**ORDER**
14	Pursuant to stipulation, IT IS SO ORDERED.
15
16  Date:   11/2/10					_____
									EDWARD M. CHEN
17									United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*

18
19
20
21
22
23
24
25
26  _____

27	[1] I, Kimberly Wiggans, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.
28

Stipulation to Dismiss
C10-3819 EMC						2